IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Harper, Jacquelyn

Printed: 01/13/09

Case Number: 05 B 33910
Judge: Goldgar, A. Benjamin
Filed: 8/25/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: January 9, 2009
Confirmed: November 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,600.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 18,176.64 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,244.00 |
| Trustee Fee: |  | 1,179.36 |
| Other Funds: |  | 0.00 |
| Totals: | 21,600.00 | 21,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,244.00 | 2,244.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 10.75 | 67.86 |
| 4. | Resurgent Capital Services | Unsecured | 49.05 | 309.56 |
| 5. | Resurgent Capital Services | Unsecured | 47.70 | 301.04 |
| 6. | ECast Settlement Corp | Unsecured | 32.88 | 207.53 |
| 7. | Discover Financial Services | Unsecured | 181.60 | 1,146.09 |
| 8. | City Of Chicago | Unsecured | 1,873.96 | 11,826.99 |
| 9. | ECast Settlement Corp | Unsecured | 457.39 | 2,886.69 |
| 10. | City Of Chicago | Unsecured | 167.51 | 1,056.89 |
| 11. | Peoples Energy Corp | Unsecured | 293.45 | 373.99 |
| 12. | Citibank USA | Unsecured |  | No Claim Filed |
| 13. | UNVL/CITI | Unsecured |  | No Claim Filed |
| 14. | North SDFCU | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,358.29 | $ 20,420.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 328.98 |
| 5% | 90.41 |
| 4.8% | 164.08 |
| 5.4% | 393.51 |
| 6.5% | 183.49 |
| 6.6% | 18.89 |
|  | $ 1,179.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Harper, Jacquelyn

Printed: 01/13/09

Case Number:  05 B 33910
Judge:  Goldgar, A. Benjamin
Filed:  8/25/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

